# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-477
Lower Tribunal No. 2019-CA-001872

_____

SFR SERVICES, L.L.C.,

Appellant,

v.

KARL WISE,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Hugh D. Hayes, Judge.

December 12, 2023

PER CURIAM.

AFFIRMED.

TRAVER, C.J. and MIZE and BROWNLEE, JJ., concur.


Melissa A. Giasi and Erin M. Berger, of Giasi Law, P.A., Tampa, for Appellant.

Joseph M. Coleman, of Coleman Litigation, P.A., and Stephen C. Schahrer, of Boatman Ricci, P.A., Naples, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED